IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00294-MOC-DSC

| | |
|---|---|
| **DORIS KIMBERLY SCOTT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **NORTH CAROLINA DEPARTMENT OF REVENUE,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Defendant's Motion to Withdraw its Motion to Dismiss and Motion for Extension of Time to File its Response [to Complaint]" (document # 10) filed December 30, 2013. For the reasons set forth therein, the Motion will be granted.

Defendant's "Motion to Dismiss" (document #9) is withdrawn. The deadline for Defendant to respond to the Complaint is extended to January 21, 2014.

Defendant is cautioned that there will be no further extensions.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: December 30, 2013

David S. Cayer
United States Magistrate Judge