UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00294-MOC-DSC

| | |
|---|---|
| **DORIS KIMBERLY SCOTT,** | ) |
| Plaintiff, | ) |
| Vs. | ) **JUDGMENT** |
| **NORTH CAROLINA DEPARTMENT OF REVENUE,** | ) |
| Defendant. | ) |

**THIS MATTER** having come before the court for trial, and the jury having returned its Verdict, and consistent with such Verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is **ENTERED** in favor of defendant and against plaintiff providing that plaintiff have and take nothing of defendant and this action is **DISMISSED WITH PREJUDICE**.

Signed: September 2, 2015

Max O. Cogburn Jr
United States District Judge